IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18 CR 253 DAD |
| Plaintiff, | ORDER: |
| vs. | Modifying PreTrial Release Conditions |
| ELIAS ZAMBRANO, | |
| Defendant. | |

The Court hereby ORDERS Mr. Zambrano's PreTrial Release conditions are modified to allow him to visit his father in Tijuana, Mexico between June 8-13, 2019.

To allow that visit to take place the Court specifically Orders that:

(1) The Court Clerk's office shall return Mr. Zambrano's United States passport to him. Mr. Zambrano shall return the passport to the Court Clerk's office no later than close of business on June 14, 2019.

(2) Mr. Zambrano shell be permitted to leave the Eastern District of California, in connection with the visit to his father, between June 8-13, 2019.

IT IS SO ORDERED.

Dated: May 31, 2019

Hon. Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1