KEVIN P. ROONEY California State Bar #107554
OF COUNSEL HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Elias Zambrano

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00253-DAD-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION TO RELEASE** |
| ) | **PASSPORT FOR RENEWAL AND** |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| ELIAS ZAMBRANO, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Kevin P. Rooney, the attorney for defendant Elias Zambrano, and Karen A. Escobar, Assistant United States Attorney, that Mr. Zambrano's passport will be released to him for renewal only and pursuant to the following conditions:

As soon as reasonably possible and within two business days after the passport is released to him, Mr. Zambrano shall mail the passport and the appropriate forms (DS 82) and all required materials (photograph and fee) to the appropriate National Passport Processing Center. As soon as reasonably possible, and not later than 15 business days after the mailing, Mr. Zambrano shall check the status of his passport renewal application through https://passportstatus.state.gov/ and report the result to the PreTrial Services office. Mr. Zambrano shall continue to keep the PreTrial Services office update at their direction.

As soon as reasonably possible and within two business days after a renewed passport is received by Mr. Zambrano, he shall return the passport to the Clerk of this Court and provide a receipt documenting that return to the PreTrial Services Office.

IT IS SO STIPULATED.

Dated:  March 16, 2020            /s/ Kevin P. Rooney
                                           KEVIN P. ROONEY
                                           Attorney for Elias Zambrano

Dated:  March 16, 2020            /s/ Karen A. Escobar
                                           Karen A. Escobar
                                         Assistant United States Attorney

## ORDER

IT IS SO ORDERED. The passport shall be released forthwith to Mr. Zambrano pursuant to the terms of the above stipulation and Mr. Zambrano is ORDERED to comply with those terms. Consistent with this ORDER, the previously calendared March 17, 2020 hearing regarding the defendant's second request to modify the conditions of pretrial release is deemed moot and vacated.

IT IS SO ORDERED.

Dated:  **March 16, 2020**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE