Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ELIAS ZAMBRANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIAS ZAMBRANO, et al<br><br>Defendants. | Case No.: 1:18-CR-253-DAD-BAM<br><br>Unopposed Motion to Modify Pretrial Release Conditions and Order<br><br>Date: April 29, 2021<br>Time: 2:00 p.m.<br>Location. Hon. Barbara A. McAuliffe |

1. <u>Summary</u>

   Mr. Zambrano brings this motion to modify his current conditions of PreTrial Release to permit busines travel to the Central District, limited to a single overnight stay, without advance permission but with timely disclosure to PreTrial Services. Mr. Zambrano's counsel has been advised that neither PreTrial Services, nor the government, opposes this request.

///

///

1

2. <u>Factual/ Procedural Background and Argument</u>

Current condition of Pretrial release 7(c), imposed on November 21, 2018 restricts Mr. Zambrano's travel to the Eastern District of California unless otherwise approved in advance by the PSO. That condition also prohibits Mr. Zambrano's absence from his residence for more than 24 hours without prior approval by the PSO.

Mr. Zambrano has been compliant with his conditions of release. He has been allowed to travel to Mexico twice. Mr. Zambrano has advised the PSO that parts for his autobody business are currently experiencing significant shipping delays and that it is far more effective for Mr. Zambrano to personally travel to the Central District of California (San Luis Obispo, Santa Barbara, Los Angeles and Orange Counties) to obtain those parts. The delay inherent in the current 'approval-in-advance' requirement has caused Mr. Zambrano to miss opportunities to obtain certain unique or hard to access parts.

The PSO has advised counsel that modifying release condition 7(c) by adding the following italicized language, is agreeable to the PSO:

> reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of CA, unless otherwise approved in advance by PSO; *however, for business purposes only, Mr. Zambrano may travel to the Central District of California without prior approval. If Mr. Zambrano travels for business purposes without prior approval he shall, (1) notify the PSO before departure of his intended departure and the business location(s) he intends to visit, (2) not remain in greater Los Angeles area or Orange County for more than one single overnight stay per trip unless a longer stay is expressly authorized by the PSO, (3) for all business purpose travel, alert the PSO promptly upon return to Fresno, (4) for all business purposes travel retain copies of related documents and provide them to the PSO upon request – the documents to be retained include purchase orders or other documents indicating planned purchases of autobody parts, receipts for the purchases of autobody parts, and hotel or motel receipts.*

Case 1:18-cr-00253-DAD-BAM   Document 194   Filed 04/21/21   Page 3 of 3

3. <u>Conclusion</u>

The proposed modification of release conditions is reasonable and should be approved.

Dated: April 14, 2021               Respectfully submitted,

                                           /s Kevin Rooney
                                          KEVIN P. ROONEY
                                          Attorney for defendant
                                          ELIAS ZAMBRANO

ORDER

Based upon the representation that neither the Government nor Pretrial Services objects to the modification of condition, IT IS SO ORDERED, that condition of PreTrial release 7(c) in this matter is modified to provide that Mr. Zambrano must:

> reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of CA, unless otherwise approved in advance by PSO; however, for business purposes only, Mr. Zambrano may travel to the Central District without prior approval. If Mr. Zambrano travels for business purposes without prior approval he shall, (1) notify the PSO before departure of his intended departure and the business location(s) he intends to visit, (2) not remain in the Central District for more than one single overnight stay per trip unless a longer stay is expressly authorized by the PSO, (3) for all business purpose travel, alert the PSO promptly upon return to Fresno, (4) for all travel for business purposes retain copies of related documents and provide them to the PSO upon request – the documents to be retained include purchase orders or other documents indicating planned purchases of autobody parts, receipts for the purchases of autobody parts, and hotel or motel receipts.

IT IS SO ORDERED.

Dated: **April 21, 2021**               /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE