1  Kevin P. Rooney, #107554
   Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2  2445 Capitol Street, Suite 150
   Fresno, CA  93721
3  Tel: (559) 233-5333
   Fax: (559) 233-4333
4  Attorney for Defendant, ELIAS ZAMBRANO

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8
                                          )
9  UNITED STATES OF AMERICA,              )  Case No.: 1:18 CR 253 DAD
                                          )
10         Plaintiff,                      )  Defendant Zambrano's Request To Exonerate
                                          )  Bond And Reconvey Real Property;  Proposed
11      vs.                               )  Order
                                          )
12  ELIAS ZAMBRANO,                        )
                                          )
13         Defendant.                      )
                                          )
14                                         )
                                          )

15

16    1.  Mr. Zambrano Voluntarily Surrendered To Serve His Sentence and The Bond Securing
17        His Release Should Be Exonerated

18     On August 16, 2021, Mr. Zambrano was sentenced and allowed to remain free on bond

19  pending his self-reporting to the Bureau of Prisons on January 19, 2022. Mr. Zambrano followed

20  through on his obligations; according to the Bureau of Prisons website, Mr. Zambrano is now

21  serving his sentence. Consequently, the bond posted in his matter should be exonerated and the

22

23  real property securing the bond reconveyed to the owner/surety.

24  Dated:  January 31, 2022              Respectfully submitted,

25
                                          /s Kevin Rooney
26                                        KEVIN P. ROONEY
                                          Attorney for defendant
27                                        ELIAS ZAMBRANO

                                1

1   Kevin P. Rooney, #107554
    Of Counsel, HAMMERSCHMIDT LAW CORPORATION
    2445 Capitol Street, Suite 150
2   Fresno, CA  93721
    Tel: (559) 233-5333
3   Fax: (559) 233-4333

4   Attorney for Defendant, ELIAS ZAMBRANO

5

6                   IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8
                                              )
9   UNITED STATES OF AMERICA,                 )   Case No.: 1:18 CR 253 DAD
                                              )
10                  Plaintiff,                )   Order Exonerating Bond And Reconveying
                                              )   Real Property
11          vs.                               )
                                              )
12  ELIAS ZAMBRANO,                           )
                                              )
13                  Defendant.                )
                                              )
14  _____ )

15

16          On or about November 19, 2018, a Deed of Trust, Document 2018-0139695, was posted

17  by Ignacia Zambrano as Trustor to the U.S. District Court for the Eastern District of California,

18  Trustee and as Beneficiary described as:

19          The south half of the west 105.84 feet of that portion of the east half of lot 2,

20          Barton tract subdivision no.1, according to the map recorded in book 11 page 14

21          of plats, records of said county, lying south of the south line of that certain right

22          of way for public road granted to County of Fresno by excepting therefrom the

23          east 50 feet thereof. Withappurtances thereto.

24          APN No. 453-253-12.

25      This case having been closed as to Elias Zambrano it is hereby **ORDERED** that:

26      The Deed of Trust, DOC-2018-0139695 posted by Ignacia Zambrano as Trustor to the

27  ///

                                              2

1    U.S. District Court, for the Eastern District of California, Trustee and as Beneficiary described

2    as:

3           The south half of the west 105.84 feet of that portion of the east half of lot 2,

4           Barton tract subdivision no.1, according to the map recorded in book 11 page 14

5           of plats, records of said county, lying south of the south line of that certain right

6           of way for public road granted to County of Fresno by excepting therefrom the

7           east 50 feet thereof. Withappurtances thereto.

8           APN No. 453-253-12.

9

10        Be **RECONVEYED** to Ignacia Zambrano and that the Property Bond in the above-

11   entitled case be exonerated forthwith.

12

13   IT IS SO ORDERED.

14      Dated:   **February 1, 2022**          _____

                                              UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27