Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ELIAS ZAMBRANO



FILED

AUG 28 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-cr-00253-2 |
| Plaintiff, | [PROPOSED] ORDER TO RELEASE PASSPORT HELD AS COLLATERAL |
| vs. | |
| ELIAS ZAMBRANO, | |
| Defendant. | |

    Defendant ELIAS ZAMBRANO, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests his United States Passport #655688165, received as collateral in this matter, be released to Mr. Rooney and returned to Mr. Zambrano as soon as is practical. Mr. Zambrano completed his time in the custody of the Bureau of Prisons and was released on July 28, 2023.

                                            Respectfully Submitted,

Dated: August 28, 2023                /s/ Kevin Rooney_____
                                                Kevin P. Rooney
                                                Attorney for Defendant,
                                                Elias Zambrano

## **ORDER**

IT IS ORDERED THAT, the above request for the Court to release Mr. Zambrano's American Passport #655688165 received as collateral in this matter be released to Mr. Rooney and returned to Mr. Zambrano as soon as is practical.

Dated: August 28, 2023

Hon. Erica P. Grosjean
United States Magistrate Judge