**FILED**

**SEP 14 2023**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ELIAS ZAMBRANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-cr-00253-2 |
| Plaintiff, | ORDER TO RELEASE PASSPORT CARD FROM COURT'S CUSTODY – DUPLICATIVE FILING AS REQUIRED BY CLERK OF COURT |
| vs. | |
| ELIAS ZAMBRANO, | |
| Defendant. | |

Defendant ELIAS ZAMBRANO, hereby requests his United States Passport CARD held by the Court, be released as soon as is practical. Mr. Zambrano completed his sentence in the Bureau of Prisons and was released on July 28, 2023.

On August 28, 2023 this Court ordered the return of Mr. Zambrano's American Passport #655688165. Mr. Zambrano's passport card has a different numbering system and the Clerk Of Court declined to return the passport card. Mr. Zambrano specifically requests the Court to order the release of United States Passport Card #C23576892 provided to the Court by Mr. Zambrano.

Dated: September 14, 2023

Respectfully Submitted,

/s/ Kevin Rooney_____
Kevin P. Rooney
Attorney for Defendant Elias Zambrano

## **ORDER**

IT IS ORDERED THAT, the above request for the Court to Order the release of Mr. Zambrano's United States Passport Card #C23576892 is granted and shall be released as soon as is practical. The passport card shall be returned to Mr. Zambrano's counsel, Attorney Kevin P. Rooney.

Dated: September 14, 2023

Hon. Erica P. Grosjean
United States Magistrate Judge