HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00253-ADA-BAM |
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| ELIAS ZAMBRANO, JR., | ) ) | |
| *Defendant.* | ) ) ) | |

    Defendant, Elias Zambrano, Jr., through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

    Mr. Zambrano was sentenced to 27 months in custody and 48 months of supervised release. Mr. Zambrano began his supervised release on July 28, 2023. Mr. Zambrano submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Zambrano Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: June 17, 2024                                   */s/ Peggy Sasso*
                                                                          PEGGY SASSO
                                                                          First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **June 17, 2024**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE